UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

GILBERT JAMES,

      Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Civil Action No. 3:11cv00221

ENCORE CAPITAL GROUP, INC., *et al.*

      Defendants.

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendants, Encore Capital Group., Inc., Midland Credit Management, Inc., and Midland Funding LLC, certifies that Midland Credit Management, Inc. and Midland Funding LLC are wholly-owned subsidiaries of Encore Capital Group, Inc.

Although Midland Credit Management, Inc. and Midland Funding LLC are not publicly held or traded companies, Encore Capital Group, Inc., is a publicly held company.  Encore Capital Group, Inc., trades under the NASDAQ symbol ECPG.  No publicly held entity owns more than 10% of the stock of Encore Capital Group, Inc.

                                          ENCORE CAPITAL GROUP, INC.,
                                          MIDLAND FUNDING, LLC and
                                          MIDLAND CREDIT MANAGEMENT, INC.


                                          By:/s/ Timothy J. St. George
                                                Of Counsel

David N. Anthony (VSB No. 31696)
*Attorney for Encore Capital Group, Inc., Midland Funding, LLC
and Midland Credit Management, Inc.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia  23219

Telephone: (804) 697-5410
Facsimile:  (804) 698-5118
Email:  david.anthony@troutmansanders.com

John C. Lynch (VSB No. 39267)
*Attorney for Encore Capital Group, Inc., Midland Funding, LLC*
*and Midland Credit Management, Inc.*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone:  (757) 687-7765
Facsimile:   (757) 687-1504
E-mail: john.lynch@troutmansanders.com

Timothy J. St. George (VSB No. 77349)
*Attorney for Encore Capital Group, Inc., Midland Funding, LLC*
*and Midland Credit Management, Inc.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia  23219
Telephone: (804) 697-1254
Facsimile:  (804) 698-6013
Email:  tim.stgeorge@troutmansanders.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

>Leonard A. Bennett, Esq.
>Consumer Litigation Associates, P.C.
>12515 Warwick Boulevard, Suite 201
>Newport News, VA 23606
>Telephone: (757) 930-3660
>Facsimile: (757) 930-3662
>Email: lenbennett@cox.net
>
>Matthew J. Erausquin, Esq.
>Consumer Litigation Associates, P.C.
>1800 Diagonal Road, Suite 600
>Alexandria, VA 22314
>Telephone: (703) 273-6080
>Facsimile: (888) 892-3512
>Email: matt@clalegal.com
>
>*Counsel for Plaintiff*
>
>John W. Montgomery, Jr.
>Montgomery & Simpson, LLP
>2116 Dabney Road, Suite A-1
>Richmond, VA 23230
>Telephone: (804) 355-8744
>Facsimile: (804) 355-8748
>Email: jmontgomery@jwm-law.com
>
>*Counsel for Defendant Equifax Information Services, LLC*

>>/s/ Timothy J. St. George
>>Timothy J. St. George (VSB Bar No. 77349)
>>*Attorney for Encore Capital Group, Inc., Midland Funding, LLC and Midland Credit Management, Inc.*
>>TROUTMAN SANDERS LLP
>>1001 Haxall Point
>>Richmond, Virginia 23219
>>Telephone: (804) 697-1254
>>Facsimile: (804) 698-6013
>>Email: tim.stgeorge@troutmansanders.com