IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



Gilbert James,
    Plaintiff,

v.    Civil Action No.3:11CV00221

Encore Capital Group, Inc.,
et. al.,
    Defendants,

**ORDER SETTING PRETRIAL CONFERENCE**

Pursuant to Fed. R. Civ. P. 16(a) and 16(b) and Local Rule 16(B), a pretrial conference is scheduled in this action at <u>10:15 a.m. on July 20, 2011</u> in the chambers of Judge Payne, Seventh Floor, United States Federal Courthouse, 701 E. Broad Street, Richmond, Virginia. It is anticipated that the conference will last approximately fifteen minutes.

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26A(1) counsel: (1) shall confer not later than ten (10) days before the pretrial conference for the purposes required by Fed. R. Civ. P. 26(f); and (2) shall report orally at the pretrial conference on the discovery plan required by an 26(f).

The Court will set a trial date which will be within sixty to ninety days after the pretrial conference except for complex litigation or in other unusual circumstances. Unless agreed otherwise by all counsel and approved by the Court before the pretrial conference, counsel who will actually try the case shall attend the pretrial conference.

In any event, counsel attending the pretrial conference shall be knowledgeable of the facts and legal issues in the action and shall be prepared to set a firm trial date.
Issued at the direction of the Court.

                                      FERNANDO GALINDO, ACTING CLERK

                          By: _____/s/_____ *LEN*

                                      Louis E. Neal, Deputy Clerk

Richmond, Virginia
       June 24, 2011
        Date
F THIS CASE IS SETTLED PRIOR TO THE CONFERENCE, PLEASE CALL ME AT (804) 916-2235. THANK YOU.

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

NOTICE

To facilitate timely consideration of motions, it is requested that all parties, except those proceeding in forma pauperis or pro se, deliver to chambers the following number of additional copies of the following pleadings, the originals of which are filed with the Clerk:

| Type of Pleading | No. of Additional Copies |
|---|---|
| Motion and Supporting Brief | 2 copies |
| Responsive Brief | 2 copies |
| Reply Brief | 2 copies |
| Exhibits to Motions, Supporting Responsive and Reply Briefs | 1 copy |

The Clerk is directed to send a copy of this Notice to all counsel of record in this action.

It is so ORDERED.

/s/ Robert E. Payne
United States District Judge

Richmond, Virginia
Date: October 11, 1995