F I L E D

JUN 2 7 2011

CLERK, U.S. ...

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL RULE 83.1(D)

In Case Number 3:11-cv-00221-REP Name Gilbert James v. Equifax Information Services LLC, et al

Party Represented by Applicant: Equifax Information Services LLC

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

## PERSONAL STATEMENT

FULL NAME (no initials, please)___Keasha Ann Broussard_____

Bar Identification Number 100142_____State Georgia_____

Firm Name King & Spalding, LLP_____

Firm Phone # 404-572-4600___Direct Dial # 404-215-5725_____FAX # 404-572-5100_____

E-Mail Address_____ABroussard@kslaw.com_____

Office Mailing Address 1180 Peachtree Street, Atlanta, Georgia 30309_____

Name(s) of federal court(s) in which I have been admitted: State Bar of Georgia, State Bar of Alabama; Northern District of Georgia, Northern District of Alabama, Middle District of Alabama, Southern District of Alabama, Northern District of Illinois, Fourth Circuit Court of Appeals; Fifth Circuit Court of Appeals, Ninth Circuit Court of Appeals

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that within ninety (90) days prior to the submission of this application I have read (a) The Federal Rules of Civil Procedure, (b) The Federal Rules of Criminal Procedure, (c) The Local Rules of this Court and (d) The Federal Rules of Evidence.

I am _ am not X a full-time employee of the United States of America, and if so, request exemption form the admission fee.

Keasha Ann Broussard

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____ Date 6/23/2011_____
(Signature)
John W. Montgomery, Jr._____
(Typed or Printed Name)

---

Court Use Only:

Clerk's $50.00 Fee Paid __✓__ *or* Exemption Granted _____

The motion for admission is GRANTED ___X___ *or* DENIED _____

(Judge's Signature)_____/s/ RFP Date June 28, 2011_____
      Robert F. Payne
      Senior United States District Judge