IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**GILBERT JAMES,**

    **Plaintiff,**

v.                                                    Civil Action No. 3:11cv00221

**ENCORE CAPITAL GROUP, *et al.*,**

    **Defendants.**

## NOTICE OF STATEMENT RESPECTING CONSENT

Defendants, Encore Capital Group, Inc., Midland Funding, LLC, and Midland Credit Management, Inc. (collectively, "the Midland Defendants"), by counsel, hereby provide notice, as directed by the Court's Order of June 30, 2011 (Docket No. 20), that: (1) counsel for Midland has conferred with Midland and with counsel for the other parties to determine whether all parties will consent to the assignment of the case to a Magistrate Judge as the presiding judicial officer for this case; and (2) the Midland Defendants give their consent to proceed before a Magistrate Judge in this action.

                                                  **ENCORE CAPITAL GROUP, INC.,**
                                                  **MIDLAND FUNDING, LLC and**
                                                  **MIDLAND CREDIT MANAGEMENT, INC.**

                                                  By:/s/ David N. Anthony
                                                  David N. Anthony
                                                  Virginia State Bar No. 31696
                                                  *Attorney for Encore Capital Group, Inc., Midland Funding, LLC and Midland Credit Management, Inc.*
                                                  TROUTMAN SANDERS LLP
                                                  1001 Haxall Point
                                                  Richmond, Virginia 23219
                                                  Telephone: (804) 697-5410
                                                  Facsimile: (804) 698-5118
                                                  Email: david.anthony@troutmansanders.com

- 2 -

John C. Lynch
Virginia State Bar No. 39267
*Attorney for Encore Capital Group, Inc., Midland Funding, LLC and Midland Credit Management, Inc.*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com

Timothy J. St. George
Virginia State Bar No. 77349
*Attorney for Encore Capital Group, Inc., Midland Funding, LLC and Midland Credit Management, Inc.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1254
Facsimile: (804) 698-6013
Email: tim.stgeorge@troutmansanders.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of July 2011, I filed a true and correct copy of the foregoing on the Court's Electronic Case Filing system, which will send a notice of electronic filing to:

> Leonard A. Bennett, Esq.
> CONSUMER LITIGATION ASSOCIATES, P.C.
> 12515 Warwick Boulevard, Suite 201
> Newport News, VA 23606
> Telephone: (757) 930-3660
> Facsimile: (757) 930-3662
> Email: lenbennett@cox.net
>
> Matthew J. Erausquin, Esq.
> CONSUMER LITIGATION ASSOCIATES, P.C.
> 1800 Diagonal Road, Suite 600
> Alexandria, VA 22314
> Telephone: (703) 273-6080
> Facsimile: (888) 892-3512
> Email: matt@clalegal.com
>
> *Counsel for Plaintiff*
>
> John W. Montgomery, Jr.
> MONTGOMERY & SIMPSON, LLP
> 2116 Dabney Road, Suite A-1
> Richmond, VA 23230
> Telephone: (804) 355-8744
> Facsimile: (804) 355-8748
> Email: jmontgomery@jwm-law.com
>
> *Counsel for Defendant Equifax Information Services, LLC*

/s/ David N. Anthony
David N. Anthony
Virginia State Bar No. 31696
*Attorney for Encore Capital Group, Inc., Midland Funding, LLC and Midland Credit Management, Inc.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutmansanders.com
