

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GILBERT JAMES,

    Plaintiff,

v.                              Civil Action No. 3:11cv221

ENCORE CAPITAL GROUP,
INC., et al.,

    Defendants.

## ORDER

Having reviewed the PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS (Docket No. 21), and there upon agreement of the defendants, Encore Capital Group, Inc., Midland Funding, LLC and Midland Credit Management, Inc., it is hereby ORDERED that the PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS (Docket No. 21) is granted. It is further ORDERED that the plaintiff shall file his response to DEFENDANTS' MOTION TO DISMISS by August 2, 2011.

    It is so ORDERED.

                                        /s/    REP
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: July 8, 2011