**Anthony, David N.**

**From:** Leonard Bennett [lenbennett@clalegal.com]
**Sent:** Thursday, July 07, 2011 6:38 PM
**To:** Lynch, John C.
**Cc:** Matt Erausquin; Anthony, David N.
**Subject:** Re: James

Counsel:

# REDACTED

Please confirm that you are in agreement to consent to magistrate for all pending EDVA Midland cases and we will ask Judge Payne to immediately assign. Then we can call the Magistrate Judge to resolve this discrete issue tomorrow. Absent such agreement by noon tomorrow, we will write and fax Judge Payne and explain the dispute, requesting a conference call at the Court's first convenience. We really are done with this Midland nonsense. It is a waste of fees and resources.

Len Bennett

# REDACTED



EXHIBIT 3