IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division


JUL 21 2011

GILBERT JAMES,

    Plaintiff,

v.

                             Civil Action No. 3:11cv221

ENCORE CAPITAL GROUP,
INC., et al.,

    Defendants.

### ORDER

Having consulted with counsel at the Initial Pretrial Conference on July 20, 2011, it is hereby ORDERED that the plaintiff shall file an Amended Complaint by August 31, 2011 and the defendants shall file their Answers and any other motions respecting the Amended Complaint by September 21, 2011.

It is further ORDERED that the time within which the plaintiff shall respond to the DEFENDANTS' MOTION TO DISMISS (Docket No. 11) herein is extended indefinitely in view of the anticipated Amended Complaint and, if an Amended Complaint is filed, the DEFENDANTS' MOTION TO DISMISS will be denied without prejudice to the filing of any other motions in response to the Amended Complaint.

It is so ORDERED.

                                              /s/     REP
                                    Robert E. Payne
                                    Senior United States District Judge

Richmond, Virginia
Date: July 20, 2011