

Organizational Structure
of
ENCORE CAPITAL GROUP, INC. and SUBSIDIARIES

Last revised 01/29/09

EXHIBIT
A
Blumberg No. 5118