# Validation Screen

The Defendants have designated this document as "Confidential" pursuant to the Protective Order and have filed a motion asking this Court to retain its status as such.

Plaintiff strongly opposes this designation and will file a corrected Exhibit if the Defendants' motion is denied.

