IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SEP -7 2011

GILBERT JAMES,

    Plaintiff,

v.                              Civil Action No. 3:11cv221

ENCORE CAPITAL GROUP,
INC., et al.,

    Defendants.

## ORDER

The plaintiff having filed an Amended Complaint on September 1, 2011, it is hereby ORDERED that the DEFENDANTS' MOTION TO DISMISS (Docket No. 11) is denied without prejudice to the filing of any other motions in response to the Amended Complaint.

It is so ORDERED.

                                          /s/       REP
                                 Robert E. Payne
                                 Senior United States District Judge

Richmond, Virginia
Date: September 6, 2011