

# Module 6 – Disputes & Warning Codes

CONFIDENTIAL                                                    MJ00286

MJ00315

CONFIDENTIAL

08/08/11 2:04 PM

**Written Dispute Outside 45 Days**

# mcm
## midland credit management, inc.

**CONSUMER RELATIONS OPERATIONS MANUAL**

Proprietary and Confidential



midland credit management, inc.

## Fair and Accurate Transaction Act Manual

created 6.2010

CONFIDENTIAL

MJ00321