UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

GILBERT JAMES,

    Plaintiff,

v.                                                      Civil Action No. 3:11cv00221

ENCORE CAPITAL GROUP, INC., *et al.*

    Defendants.

## DEFENDANTS' CONFIDENTIALITY DESIGNATIONS

Defendants, Encore Capital Group, Inc., Midland Funding, LLC and Midland Credit Management, Inc. (collectively, "Midland Defendants"), by counsel, pursuant to the terms of the Protective Order entered by the Court (Dkt. No. 37), designate the following portions of the deposition transcript of Nancy Kohls as "Confidential."

| NO. | PAGE:LINE |
|---|---|
| 1. | 13:6-8 |
| 2. | 14:20-16:23 |
| 3. | 17:11-18:16 |
| 4. | 19:10-21:20 |
| 5. | 23:15-24:5 |
| 6. | 25:4-27:12 |
| 7. | 28:4-14 |
| 8. | 29:14-33:5 |
| 90. | 34:14-43:4 |
| 10. | 51:14-58:2 |
| 11. | 59:1-61:12 |
| 12. | 68:22-82:8 |
| 13. | 82:17-84:19 |
| 14. | 87:4-14 |
| 15. | 90:13-92:3 |
| 16. | 92:25-95:12 |
| 17. | 99:13-117:10 |
| 18. | 117:24-136:25 |
| 19. | 137:17-158:23 |
| 20. | 162:8-174:19 |



EXHIBIT A

| | |
|---|---|
| 21. | 175:11-181:15 |
| 22. | 181:23-183:18 |
| 23. | 184:21-206:21 |
| 24. | 207:5-212:3 |
| 25. | 212:19-231:19 |

ENCORE CAPITAL GROUP, INC.,
MIDLAND FUNDING, LLC and
MIDLAND CREDIT MANAGEMENT, INC.

By: _____
                    Of Counsel

David N. Anthony (VSB No. 31696)
Timothy St. George (VSB No. 77340)
*Attorneys for Encore Capital Group, Inc., Midland Funding, LLC
and Midland Credit Management, Inc.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-5118
david.anthony@troutmansanders.com
tim.stgeorge@troutmansanders.com

John C. Lynch (VSB No. 39267)
*Attorney for Encore Capital Group, Inc., Midland Funding, LLC
and Midland Credit Management, Inc.*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
john.lynch@troutmansanders.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of September, 2011, I sent a true and correct copy of the foregoing by email to:

>Leonard A. Bennett, Esq.
>Susan M. Rotkis, Esq.
>Consumer Litigation Associates, P.C.
>12515 Warwick Boulevard, Suite 100
>Newport News, VA 23606
>Telephone: (757) 930-3660
>Facsimile: (757) 930-3662
>Email: lenbennett@cox.net
>
>Matthew J. Erausquin, Esq.
>Consumer Litigation Associates, P.C.
>1800 Diagonal Road, Suite 600
>Alexandria, VA 22314
>Telephone: (703) 273-6080
>Facsimile: (888) 892-3512
>Email: matt@clalegal.com
>
>*Counsel for Plaintiff*

/s/ Timothy J. St. George
Timothy J. St. George (VSB Bar No. 77349)
*Attorney for Encore Capital Group, Inc., Midland Funding, LLC and Midland Credit Management, Inc.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1254
Facsimile: (804) 698-6013
tim.stgeorge@troutmansanders.com

2063293v1