IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GILBERT JAMES,

    Plaintiff,

v.                          Civil Action No. 3:11cv221

ENCORE CAPITAL GROUP,
INC., et al.,

    Defendants.

### ORDER

For the reasons set forth on the record on October 3, 2011, it is hereby ORDERED that PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO SUBMIT HIS RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER ENFORCEMENT REGARDING DEPOSITION TESTIMONY (Docket No. 55) is denied as moot.

    It is so ORDERED.

                                        /s/      REP
                                 Robert E. Payne
                                 Senior United States District Judge

Richmond, Virginia
Date: October 3, 2011