**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**



**GILBERT JAMES,**

    Plaintiff,

v.                             Civil Action No. 3:11cv00221

**ENCORE CAPITAL GROUP, INC.,** *et al.*

    **Defendants.**

## ORDER

For the reasons set forth on the record on a conference call with the Court and with counsel for the parties on October 3, 2011, based upon the representation of counsel for the Defendants that counsel for Plaintiff is agreeable that this Order accurately reflects the direction of the Court and for good cause shown, it is hereby ORDERED:

1. Plaintiff shall file its memorandum in opposition to Defendants' Motion to Enforce Protective Order Regarding Deposition Testimony (Docket No. 47) by October 7, 2011;

2. Defendants shall file their reply memorandum in support of their Motion to Enforce Protective Order Regarding Deposition Testimony by October 14, 2011;

3. Until further Order of the Court, in all pleadings the parties shall file under seal all documents and deposition testimony that are designated by the Defendants as "confidential" consistent with the terms of the Protective Order; and

4. No such filing of pleadings under seal shall constitute an admission by Plaintiff that the documents filed under seal pursuant to this Order should be permanently maintained under seal.



ENTERED this _____ day of October, 2011.

/s/ REP
_____
Hon. Robert E. Payne
Senior United States District Court Judge

WE ASK FOR THIS:

/s/
_____
David N. Anthony (VSB No. 31696)
Timothy St. George (VSB No. 77340)
*Attorneys for Encore Capital Group, Inc., Midland Funding, LLC and Midland Credit Management, Inc.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-5118
Email: david.anthony@troutmansanders.com
Email: tim.stgeorge@troutmansanders.com

John C. Lynch (VSB No. 39267)
*Attorney for Encore Capital Group, Inc., Midland Funding, LLC and Midland Credit Management, Inc.*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
Email: john.lynch@troutmansanders.com

**SEEN:**

/s/
_____
Leonard A. Bennett (VSB No. 37523)
*Attorney for Gilbert James*
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com