

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GILBERT JAMES,

        Plaintiff,

v.                              Civil Action No. 3:11cv221

ENCORE CAPITAL GROUP,
INC., et al.,

        Defendants.

## AGREED ORDER

CAME NOW Defendants, ENCORE CAPITAL GROUP, INC., MIDLAND FUNDING, LLC and MIDLAND CREDIT MANAGEMENT, INC. ("Defendants"), by counsel, upon their Motion for an Extension of Time to Respond to Discovery (Docket No.: 53).

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Plaintiff Gilbert James, it is hereby,

ORDERED, ADJUDGED and DECREED that Defendants' Motion for an Extension of Time is GRANTED. Defendants shall serve their responses and privilege log with respect to the discovery served by Plaintiff, Gilbert James on or before October 17, 2011; and it is further,

ORDERED, ADJUDGED and DECREED that Plaintiff's discovery cutoff is enlarged for a period equal to the length of the extension of time provided to Defendants to serve their responses and privilege log. For example, if these responses are



served ten days later than otherwise due prior to this Order, then the Plaintiff's discovery enlargement will be ten days.

The Clerk is directed to send a copy of this Order to counsel of record.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: October 3, 2011

WE ASK FOR THIS:

John C. Lynch, Esquire
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
john.lynch@troutmansanders.com

David N. Anthony (VSB No. 31696)
Timothy St. George
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-5118
david.anthony@troutmansanders.com
tim.stgeorge@troutmansanders.com
*Counsel for Defendants*

Leonard Anthony Bennett
Susan Mary Rotkis
Consumer Litigation Associates, PC
12515 Warwick Blvd., Suite 1000

Newport News, Virginia 23606
lenbennett@cox.net
srotkis@clalegal.com

Matthew James Erausquin
Consumer Litigation Associates, PC
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
matt@clalegal.com
*Counsel for Plaintiff*