UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**GILBERT JAMES,**

      **Plaintiff,**

v.                                                              **CIVIL ACTION NO: 3:11cv221**

**ENCORE CAPITAL GROUP, INC.,**
**MIDLAND FUNDING, LLC and**
**MIDLAND CREDIT MANAGEMENT, INC.**

      **Defendants.**

## MOTION FOR AN ENLARGEMENT OF TIME TO SERVE
## EXPERT WITNESS DISCLOSURES

Plaintiff, by counsel, moves the court to extend the time in which the Plaintiff shall file his Expert Disclosures and Reports. The court previously entered an Agreed Order extending the time for Defendants to respond to Discovery to October 17, 2011. The Plaintiff's Experts have thus been unable to review the Defendants' Discovery Responses and document production necessary for the disclosures and reports.

Accordingly, the Plaintiff requests a two-week extension to file the Expert Disclosure and Report to October 31, 2011.

For good cause shown, the Plaintiff respectfully requests that the court grant the motion to extend the time in which the Plaintiff may file his Expert Disclosure and Report to October 31, 2011. This request is made before the expiration of the deadline addressed and would not prejudice Defendants who will still have sufficient time to depose and challenge Plaintiff's experts.

Respectfully submitted,

GILBERT JAMES,

       /s/
LEONARD A. BENNETT, VSB #37523
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
Tel:    (757) 930-3660
Fax:   (757) 930-3662
lenbennett@cox.net

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 17th day of October, 2011, I will file the foregoing motion electronically using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David Neal Anthony
Timothy St. George
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23218-1122

John C. Lynch
Troutman Sanders LLP
P. O. Box 61185
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462

               /s/
            LEONARD A. BENNETT, VSB #37523
            CONSUMER LITIGATION ASSOCIATES, P.C.
            12515 Warwick Boulevard, Suite 100
            Newport News, Virginia 23606
            Tel: (757) 930-3660
            Fax: (757) 930-3662
            lenbennett@cox.net