UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**GILBERT JAMES,**

    **Plaintiff,**

v.                                                      Civil Action No. 3:11cv00221

**ENCORE CAPITAL GROUP, INC.,** *et al.*

    **Defendants.**

## NOTICE OF WAIVER OF ORAL ARGUMENT

Defendants, Encore Capital Group, Inc., Midland Funding, LLC, and Midland Credit Management, Inc. (collectively, "the Midland Defendants"), by counsel, hereby give notice of their waiver of oral argument before this Court as to the Midland Defendants' Motion to Enforce Protective Order (Dkt. No. 38), Motion to Enforce Protective Order Regarding Deposition Testimony (Dkt. No. 48), and Motion to Dismiss Amended Complaint (Dkt. No. 51). The Midland Defendants believe that the issues implicated by these motions are adequately presented in the parties' briefing and that oral argument is unnecessary to the resolution of these motions unless the Court desires such argument.

                                                           ENCORE CAPITAL GROUP, INC.,
                                                           MIDLAND FUNDING, LLC and
                                                           MIDLAND CREDIT MANAGEMENT, INC.

                                                           By:/s/ Timothy J. St. George
                                                                           Of Counsel

...

David N. Anthony
(VSB No. 31696)
Timothy St. George
(VSB No. 77340)
*Attorneys for Encore Capital Group, Inc., Midland Funding, LLC
and Midland Credit Management, Inc.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia  23219
Telephone: (804) 697-1200
Facsimile:  (804) 698-5118
david.anthony@troutmansanders.com
tim.stgeorge@troutmansanders.com

John C. Lynch
(VSB No. 39267)
*Attorney for Encore Capital Group, Inc., Midland Funding, LLC
and Midland Credit Management, Inc.*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone:  (757) 687-7765
Facsimile:   (757) 687-1504
john.lynch@troutmansanders.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of October, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

> Leonard A. Bennett, Esq.
> Susan M. Rotkis, Esq.
> CONSUMER LITIGATION ASSOCIATES, P.C.
> 12515 Warwick Boulevard, Suite 100
> Newport News, VA  23606
> Telephone:  (757) 930-3660
> Facsimile:   (757) 930-3662
> Email:  lenbennett@cox.net
>
> Matthew J. Erausquin, Esq.
> CONSUMER LITIGATION ASSOCIATES, P.C.
> 1800 Diagonal Road, Suite 600
> Alexandria, VA  22314
> Telephone:  (703) 273-6080
> Facsimile:   (888) 892-3512
> Email:  matt@clalegal.com
>
> Dale W. Pittman, Esq.
> THE LAW OFFICE OF DALE W. PITTMAN, P.C.
> The Eliza Spotswood House
> 112-A West Tabb St.
> Petersburg, VA 23803
> Telephone:  (804) 861-6000
> Facsimile:   (804) 861-3362
> dale@pittmanlawoffice.com
>
> *Counsel for Plaintiff*

> /s/ Timothy J. St. George
> Timothy J. St. George (VSB Bar No. 77349)
> *Attorney for Encore Capital Group, Inc., Midland Funding, LLC and Midland Credit Management, Inc.*
> TROUTMAN SANDERS LLP
> 1001 Haxall Point
> Richmond, Virginia  23219
> Telephone:  (804) 697-1254
> Facsimile:   (804) 698-6013
> tim.stgeorge@troutmansanders.com

2068393v1