IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| GILBERT JAMES, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: 3:11cv221 |
| | : | |
| | : | |
| ENCORE CAPITAL GROUP, INC., ET ALS. | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S MOTION FOR FURTHER ENLARGEMENT OF TIME
TO SERVE EXPERT WITNESS DISCLOSURES**

COMES NOW the Plaintiff, Gilbert James, by counsel, and moves for a further enlargement of time to serve his expert witness disclosures for the reasons set forth in the Memorandum filed contemporaneously herewith.

Respectfully submitted,
**GILBERT JAMES**


By: _____/s/_____
*Of Counsel*

Matthew J. Erausquin, Esq. (VSB #65434)
CONSUMER LITIGATION ASSOCIATES, PC
1800 Diagonal Road, Suite 600
Alexandria, VA  22314
(703) 273-6080 – Telephone
(888) 892-3512 – Facsimile
E-mail: matt@clalegal.com

Leonard A. Bennett, Esq. (VSB #37523)
Susan M. Rotkis, Esq. (VSB #40693)
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606

(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail:lenbennett@clalegal.com

Dale W. Pittman, Esq. (VSB #15673)
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, Virginia 23803
Tel:    (804) 861-6000
Fax:    (804) 861-3368
dale@pittmanlawoffice.com


    *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 31st day of October, 2011, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

John C. Lynch
Troutman Sanders LLP
P. O. Box 61185
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
757-687-7765
Fax: 757-687-1504
Email: john.lynch@troutmansanders.com

David Neal Anthony
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23218-1122
804-697-5410
Fax: 804-698-5118
Email: david.anthony@troutmansanders.com

Timothy James St. George
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23218-1122
804-697-1254
Email: tim.stgeorge@troutmansanders.com

          /s/
         Matthew J. Erausquin, VSB#65434
         Counsel for the Plaintiff
         CONSUMER LITIGATION ASSOCIATES, P.C.
         1800 Diagonal Road, Suite 600
         Alexandria, VA  22314
         Tel: 703-273-7770
         Fax: 888-892-3512
         matt@clalegal.com