IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| GILBERT JAMES, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )   Civil No.: 3:11cv221 |
| | ) |
| | ) |
| ENCORE CAPITAL GROUP, INC., | ) |
| ET AL., | ) |
| | ) |
| | ) |
|       Defendants. | ) |

**PLAINTIFF'S REQUEST TO BE HEARD ON PENDING MOTIONS**

The Plaintiff, Gilbert James, by counsel, respectfully requests to be heard on the motions now pending in this case. Currently before the court are: (1) Defendants' Motion to Enforce Protective Order (Docket No. 38), (2) Defendants' Motion to Enforce Protective Order Regarding Deposition Testimony (Docket No. 47), and (3) Defendants' Motion to Dismiss Amended Complaint (Docket No. 51). The parties have met and conferred on several occasions to narrow the issues of disagreement. Pursuant to Local Rule 7(E), the Plaintiff requests a hearing date convenient to the court.

                                                                                      /s/
                                          Susan M. Rotkis, VSB # 40693
                                          Leonard A. Bennett, VSB # 37523
                                          CONSUMER LITIGATION ASSOC., P.C.
                                          763 J. Clyde Morris Blvd, Suite 1A
                                          Newport News, VA 23601
                                          757-930-3660
                                          757-930-3662
                                          srotkis@clalegal.com
                                          Counsel for Plaintiff

2

**CERTIFICATE OF SERVICE**

       I hereby certify that I have filed the foregoing through CM/ECF this 1st day of November 2011, and that the court's NEF will send it to the following:

David N. Anthony
Timothy James St. George
Troutman Sanders, LLP
1001 Haxall Point
PO Box 1122
Richmond, VA 23218-1122

John Lynch
Troutman Sanders, LLP
2222 Central Park Ave, Suite 2000
Virginia Beach, VA 23462

Counsel for Defendants

                                                   /s/
                                      Susan M. Rotkis
                                      CONSUMER LITIGATION ASSOC., P.C.
                                      763 J. Clyde Morris Blvd, Suite 1A
                                      Newport News, VA 23601
                                      757-930-3660
                                      757-930-3662
                                      srotkis@clalegal.com
                                      Counsel for Plaintiff