IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED NOV 16 2011

GILBERT JAMES,

    Plaintiff,

v.                        Civil Action No. 3:11cv221

ENCORE CAPITAL GROUP, INC.,
et al.,

    Defendants.

### ORDER

Having conferred with counsel by telephone on November 15, 2011, and finding it in the interest of justice so to do, it is hereby ORDERED that Plaintiff's MOTION FOR AN ENLARGEMENT OF TIME TO SERVE EXPERT WITNESS DISCLOSURES (Docket No. 73) is granted. Plaintiff's expert witness disclosures and reports shall be filed no later than three (3) weeks after the pending discovery disputes are resolved. As soon as those disputes are resolved, counsel shall tender an agreed order specifying the new disclosure date.

It appearing that the meet and confer process required by the Federal Rules of Civil Procedure, the Local Rules, and Pretrial Schedule A has not been concluded, it is further ORDERED that counsel shall meet at the Robinson-Merhige Courthouse, Richmond, Virginia, in Conference Room 7202, on Wednesday, November 16, 2011 at 1:00 p.m. and thereafter

continuously until all pending discovery disputes are resolved, or, if not resolved, are specifically defined so that they can be briefed on the schedule set forth below. At that meeting, David Anthony, counsel for Defendants, shall have full authority on behalf of the Defendants to address all disputes, and Leonard Bennett, counsel for Plaintiff, shall have full authority on behalf of the Plaintiff to address all disputes. Should all pending discovery disputes not be resolved, Plaintiff shall file appropriate motions, including but not limited to the following:

(1) motion to compel to overrule objections;

(2) motion for sanctions pursuant to Federal Rule of Civil Procedure 37 related to inadequate responses;

(3) motion for sanctions pursuant to Federal Rule of Civil Procedure 37 related to the deposition of Rita Melconian; and

(4) motion to compel with regard to asserted privileges.

The motions and supporting memoranda shall be filed no later than Friday, November 18, 2011, Defendants shall file responses no later than Wednesday, November 30, 2011, and Plaintiff shall file replies no later than Monday, December 5, 2011.

It is SO ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: November 15, 2011