UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

GILBERT JAMES,

    Plaintiff,

v.                                                                                                                                           Civil Action No. 3:11cv00221

ENCORE CAPITAL GROUP, INC., *et al.*

    Defendants.

## DEFENDANTS' PRIVILEGE LOG

Defendants, Encore Capital Group, Inc., Midland Funding, LLC, and Midland Credit Management, Inc. (collectively, "the Midland Defendants"), by counsel, submit the following log of confidential communications between attorney and client, either seeking or providing legal advice, and/or materials prepared in anticipation of this litigation.

As currently drafted, Plaintiff's Requests for Production are both objectionable and seek the production of a substantial volume of privileged information. The Midland Defendants have objected to many of Plaintiff's Requests for Production and have therefore not logged documents that are implicated by those objectionable requests.

The Midland Defendants will supplement these responses to the extent required by the Federal Rules of Civil Procedure and/or Court Order. In particular, the Midland Defendants will appropriately log any privileged, electronically stored information upon agreement with counsel for Plaintiff as to reasonable search terms and other limitations (*e.g.*, time, custodians), and upon the subsequent production of such documents.


EXHIBIT C

| AC = Attorney Client Privilege<br>WP = Work Product Doctrine<br>R = Redacted<br>W = Withheld | | | | | | |
|---|---|---|---|---|---|---|
| Doc. No. | Date | Author | Recipients | Description | Basis | Action Taken |
| 1 | 12/2010 | Encore Capital Group, Inc. Legal Department | Various third party law firms | Internally-generated "Standard Operating Procedures" for third party law firms detailing the contents of the "Midland Credit Management Firm Manual" and providing instructions to such law firms in connection with collection actions | AC | W |
| 2 | 3/1/2010 | Encore Capital Group, Inc. Legal Department | Various third party law firms | Internally-generated "MCM Firm Training Placement Data and Conduct Guidelines" for third party law firms providing instructions to such law firms in connection with collection actions | AC | W |
| 3 | 3/1/2011 | Midland Credit Management, Inc. Legal Department | Various third party law firms | Internally-generated "MCM Firm Manual" for distribution to third-party law firms providing instructions to such law firms in connection with collection actions | AC | W |
| 4 | 1/2010 | Midland Credit Management, Inc. Legal Department | Various third party law firms | Internally-generated "MCM Firm Training Placement Data and Conduct Guides" manual for distribution to third-party law firms providing instructions to such law firms in connection with collection actions | AC | W |
| 5 | 10/2010 | Midland Credit Management, Inc. Legal | Various third party law firms | Internally-generated "Legal Outsourcing Firm Training Manual" for | AC | W |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Department | | distribution to third-party law firms providing instructions to such law firms in connection with collection actions | | |
| 6 | Not listed | Midland Credit Management, Inc. Legal Department | Various third party law firms | Internally-generated "Legal Outsourcing Firm Training Manual" for distribution to third-party law firms providing instructions to such law firms in connection with collection actions | AC | W |
| 7 | Not listed | Midland Credit Management, Inc. Legal Department | Various third party law firms | "MCM Status Code List" manual setting forth the preferred list of codes to third-party law firms for communication with the Midland Defendants and providing instructions to such law firms in connection with collections actions | AC | W |
| 8 | 10/15/2009 | Midland Credit Management, Inc. Legal Department | Various third party law firms | "Status Code Process" manual setting forth the preferred list of codes to third-party law firms for communication with the Midland Defendants and providing instructions to such law firms in connection with collection actions | AC | W |
| 9 | 1/24/2006 | Midland Credit Management, Inc. Legal Department | Dominion Law Associates | Exhibit B to the "Collection Agreement" setting forth the "account handling procedures" to be used in connection with collection actions | AC | W |
| 10 | 4/7/11 to date | Various authors | Various recipients | Attorney notes, research, internal communications and like documents prepared after the filing of the above-captioned matter | WP | W |
| 11 | 4/7/11 to | Various | Various | Communications between | AC | W |

| | date[1] | authors | recipients | lawyers and personnel of Troutman Sanders and the Midland Defendants relating to the legal representation of the Midland Defendants in this matter after the filing of the above-captioned action | | |
|---|---|---|---|---|---|---|

ENCORE CAPITAL GROUP, INC.,
MIDLAND FUNDING, LLC and
MIDLAND CREDIT MANAGEMENT, INC.

By: _____
Of Counsel

David N. Anthony (VSB No. 31696)
Timothy St. George (VSB No. 77340)
*Attorneys for Encore Capital Group, Inc., Midland Funding, LLC
and Midland Credit Management, Inc.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-5118
david.anthony@troutmansanders.com
tim.stgeorge@troutmansanders.com

John C. Lynch (VSB No. 39267)
*Attorney for Encore Capital Group, Inc., Midland Funding, LLC
and Midland Credit Management, Inc.*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
john.lynch@troutmansanders.com

---

[1] This categorical identification of documents created post-filing of the Complaint is considered to satisfy any identification requirements necessary to properly assert privilege for this and the immediately-preceding category of documents. *See* Advisory Committee notes to 1993 Amendments to Fed. R. Civ. P. 26(b).

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of October, 2011, I sent a true and correct copy of the foregoing by Federal Express and by email to:

>Leonard A. Bennett, Esq.
>Susan M. Rotkis, Esq.
>Consumer Litigation Associates, P.C.
>12515 Warwick Boulevard, Suite 100
>Newport News, VA 23606
>Telephone: (757) 930-3660
>Facsimile: (757) 930-3662
>Email: lenbennett@cox.net
>
>Matthew J. Erausquin, Esq.
>Consumer Litigation Associates, P.C.
>1800 Diagonal Road, Suite 600
>Alexandria, VA 22314
>Telephone: (703) 273-6080
>Facsimile: (888) 892-3512
>Email: matt@clalegal.com
>
>Dale W. Pittman, Esq.
>THE LAW OFFICE OF DALE W. PITTMAN, P.C.
>The Eliza Spotswood House
>112-A West Tabb St.
>Petersburg, VA 23803
>Telephone: (804) 861-6000
>Facsimile: (804) 861-3362
>Email: dale@pittmanlawoffice.com
>
>*Counsel for Plaintiff*

/s/ Timothy J. St. George

Timothy J. St. George (VSB Bar No. 77349)
*Attorney for Encore Capital Group, Inc., Midland Funding, LLC and Midland Credit Management, Inc.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1254
Facsimile: (804) 698-6013
tim.stgeorge@troutmansanders.com