# Exhibit F

# Transcript of the Deposition of Nancy Kohls

# Filed Under Seal Pursuant to Protective Order

# Dated August 12, 2011