# Exhibit G

# Transcript of the Deposition of Gregory Call

# Filed Under Seal Pursuant to Protective Order

# Dated August 12, 2011