IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GILBERT JAMES )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ENCORE CAPITAL GROUP, INC., et als. )<br>)<br>Defendants. ) | Civil Action No. 3:11cv221 |

**PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL**

Plaintiff, Gilbert James, by counsel, and pursuant to Rule 5 of the Local Rules of the United States District Court for the Eastern District of Virginia and a protective order filed August 12, 2011 (Docket 37) (hereafter "the Protective Order"), hereby move to file certain documents under seal. Plaintiff has filed various discovery motions which each rely upon the events that occurred during the depositions of Gregory Call, Rita Melconian, and Nancy Kohls to some degree. While Plaintiff disagrees that much of the deposition testimony contained herein is properly designated as Confidential or could otherwise satisfy the high standard required in this District for sealing, Plaintiff seeks to file the deposition transcripts under seal pursuant to the terms of this Court's Protective Order, until such time as the Defendants' designations may be ruled upon.

WHEREFORE, Plaintiff respectfully request that the Court grant the Plaintiff's Motion to File Documents Under Seal pursuant to the stipulated Protective Order.

    Respectfully submitted,
    **GILBERT JAMES**


    By:_____/s/_____
        Of Counsel

MATTHEW J. ERAUSQUIN, VSB #65434
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel:    (703) 273-7770
Fax:    (888) 892-3512
E-mail:  matt@clalegal.com

LEONARD A. BENNETT, VSB #37523
SUSAN M. ROTKIS, VSB#40693
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606
Tel:    (757) 930-3660
Fax:    (757) 930-3662
E-mail:  lenbennett@cox.net
E-mail:  srotkis@clalegal.com

DALE W. PITTMAN, VSB#15673
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
112-A West Tabb Street
Petersburg, VA 23803-3212
Tel:    (804) 861-6000
Fax:    (804) 861-3368
E-mail:dale@pittmanlawoffice.com

*Counsel for the Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of December, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John C. Lynch
Troutman Sanders LLP
P. O. Box 61185
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
757-687-7765
Fax: 757-687-1504
Email: john.lynch@troutmansanders.com

David Neal Anthony
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23218-1122
804-697-5410
Fax: 804-698-5118
Email: david.anthony@troutmansanders.com

Timothy James St. George
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23218-1122
804-697-1254
Email: tim.stgeorge@troutmansanders.com
*Counsel for the Defendants*

                                                        /s/
                                      MATTHEW J. ERAUSQUIN, VSB #65434
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Tel:   (703) 273-7770
Fax:  (888) 892-3512
matt@clalegal.com