# Exhibit A

Transcript of the Deposition of Nancy Kohls

Filed Under Seal Pursuant to Protective Order

Dated August 12, 2011