# Exhibit B

Transcript of the Deposition of Nayri "Rita" Melconian

Filed Under Seal Pursuant to Protective Order

Dated August 12, 2011