# Exhibit C

Transcript of the Deposition of Gregory Call

Filed Under Seal Pursuant to Protective Order

Dated August 12, 2011