# St. George, Timothy J.

**From:** St. George, Timothy J.
**Sent:** Thursday, November 17, 2011 6:28 PM
**To:** Matt Erausquin; Susan Rotkis; 'Leonard Bennett'
**Cc:** Anthony, David N.; Lynch, John C.
**Subject:** Midland/James - Requested INT Supplementation

Matt and Len,

Pursuant to the meet and confer yesterday, please consider this the Defendants' formal request to supplement your response to our INT No. 7, which states as follows:

"Set forth every fact or application of law to fact to support your allegation that Defendants violated the Racketeer Influenced and Corrupt Organizations Act, including all alleged in your Complaint. **Include in your response the specific subdivision(s) of 18 U.S.C. 1681,** *et seq.* **that Defendants are alleged to have violated and all persons with knowledge of your contention.**"

Please let me know if you have any questions.

Thanks,
Tim

**Timothy St. George**
**Troutman Sanders LLP**
1001 Haxall Point
P.O. Box 1122 (23218)
Richmond, VA 23219

**Direct** 804.697.1254
**Fax** 804.698.6013

**Email     LinkedIn     Web     vCard**

ATLANTA • CHICAGO • HONG KONG • LONDON • NEW YORK • NEWARK
NORFOLK • ORANGE COUNTY • PORTLAND • RALEIGH • RICHMOND • SAN
DIEGO • SHANGHAI • TYSONS CORNER • VIRGINIA BEACH • WASHINGTON

1


EXHIBIT D