IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GILBERT JAMES,

    Plaintiff,

v.                              Civil Action No. 3:11cv221

ENCORE CAPITAL GROUP,
INC., et al.,

    Defendants.

## ORDER

Having reviewed the PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL (Docket No. 95), and concluding that the motion is insufficient because it was filed without a supporting memorandum of law and, therefore, the motion is not substantiated pursuant to Local Rule 5, it is hereby ORDERED that the PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL (Docket No. 95) is denied without prejudice.

    It is so ORDERED.

                                              /s/      REP
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: January 4, 2012