

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

GILBERT JAMES,

    Plaintiff,

v.                               Civil Action No. 3:11cv221

ENCORE CAPITAL GROUP, INC.,
et al.,

    Defendants.

**ORDER**

Having conferred with counsel and upon agreement of counsel for the Plaintiff, it is hereby ORDERED that DEFENDANTS' CONSENT MOTION TO CONTINUE TRIAL DATE AND ALL PRE-TRIAL DEADLINES FOR SIXTY DAYS (Docket No. 100) is granted to the extent set forth herein. The trial by jury set for 9:30 a.m. on January 30, 2012 is continued to 9:30 a.m. on May 7, 2012. The Final Pretrial Conference set for 10:00 a.m. on January 23, 2012 is continued to 10:00 a.m. on April 24, 2012.

If a motion for summary judgment is to be filed, it shall be filed by such date necessary in order that the motion will be fully-briefed no later than April 1, 2012. No later than January 13, the parties are directed: (1) to

agree upon (a) appropriate discovery deadlines and (b) a briefing schedule for any summary judgment motion; and (2) to memorialize those deadlines and schedule in an order to be submitted to the Court.

No later than January 17, 2012, the parties are directed to file a joint status report informing the Court which of the pending motions or parts thereof are resolved and may be terminated as moot, and which of the pending motions or parts thereof are not resolved. This includes the following pending motions: Defendants' MOTION FOR PROTECTIVE ORDER ENFORCEMENT (Docket No. 38); Defendants' MOTION FOR PROTECTIVE ORDER ENFORCEMENT REGARDING DEPOSITION TESTIMONY (Docket No. 47); Plaintiff's MOTION FOR EXTENSION OF TIME BY CONSENT AND TO MODIFY ORDER (Docket No. 90); Plaintiff's MOTION TO COMPEL AND OVERRULE PRIVILEGE OBJECTIONS (Docket No. 93); Plaintiff's MOTION FOR PROTECTIVE ORDER RELATING TO DEPOSITION CONDUCT AND FOR SANCTIONS (Docket No. 96); Plaintiff's MOTION TO COMPEL, TO CONTINUE, AND FOR SANCTIONS (Docket No. 98); and Defendants' MOTION TO COMPEL (Docket No. 110).

If there remain any pending motions or parts thereof not resolved, a hearing shall take place on those motions on January 23, 2012 at 10:00 a.m., the date previously

scheduled for the Final Pretrial Conference.

It is SO ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: January 4, 2012