UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

GILBERT JAMES,

    Plaintiff,

v.                                                                        Civil Action No. 3:11cv00221

ENCORE CAPITAL GROUP, INC., *et al.*

    Defendants.

## PRETRIAL SCHEDULING ORDER

For good cause shown, and upon agreement of the parties, the Court hereby ORDERS, the entry of the following deadline dates for pretrial assignments.

| Scheduled Event | Deadline |
|---|---|
| Plaintiff to File Expert Disclosure and Report | The later of February 10, 2012 or two weeks after Defendants have complied with all orders on discovery entered upon the Plaintiff's pending motions. |
| Defendants to File Rebuttal Expert Disclosure | The later of February 20, 2012 or four weeks after Defendants have complied with any order on discovery entered upon the Plaintiff's pending motions. |
| Summary Judgment Motions to be Filed | March 7, 2012 |
| Opposition to Summary Judgment Motions | March 21, 2012 |
| Close of Plaintiff's Supplemental Discovery Period | March 28, 2012 |
| Motions in Limine | March 28, 2012 |
| Reply Memoranda in Support of Motions for Summary Judgment | March 28, 2012 |
| Plaintiff's and Defendants' Discovery Designations and Deposition Summaries | March 30, 2012 |
| Parties to Meet and Confer – Pretrial | April 3, 2012 |

EXHIBIT B

| | |
|---|---|
| Rebuttal Designations and Summaries | April 6, 2012 |
| Plaintiff's Witness and Exhibit Lists Filed and Served Upon Defendant | April 6, 2012 |
| Defendants' Witness and Exhibit Lists Filed and Served Upon Plaintiffs | April 9, 2012 |
| Oppositions to Motions in Limine | April 10, 2012 |
| Proposed Jury Instructions Filed | April 10, 2012 |
| Objections to Discovery Designations | April 13, 2012 |
| Objections to Jury Instructions Filed | April 16, 2012 |
| Reply Briefs in Support of Motions in Limine | April 17, 2012 |
| Motions for Use of Electronic Devices | April 17, 2012 |
| Counsel to Meet and Confer Regarding Objections to Discovery Designations | April 18, 2012 |
| Objections to Exhibits Filed | April 19, 2012 |
| Parties to Meet and Confer Regarding Discovery Designation Objections | April 20, 2012 |
| Counsel for Plaintiff to File Agreed/Disputed Set of Jury Instructions | April 21, 2012 |
| Final Pretrial Order Filed by Plaintiff | April 23, 2012 |
| Witness Subpoenas Filed | April 23, 2012 |
| Pretrial Stipulations Filed | April 23, 2012 |
| Final Pretrial Conference | April 24, 2012 |
| Proposed Voir Dire | April 27, 2012 |
| Conformed Designations and Summaries Filed | May 2, 2012 |
| Objections to Proposed Voir Dire | May 3, 2012 |
| Deposition Testimony Summaries Without Objections Filed | May 4, 2012 |
| Exhibit Sets Delivered to Clerk | May 5, 2012 |

The dates not referenced in this Motion shall remain unchanged pursuant to the Initial Pre-Trial Order, Scheduling Order and/or Pretrial Schedule A.

    IT IS SO ORDERED.

Dated this _____ day of January 2012.

                                                                            _____
                                                                                 Hon Robert E. Payne
                                                               Senior United States District Judge