# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

**GILBERT JAMES,**

    **Plaintiff,**

v.                                                                                     Civil Action No. 3:11cv00221

**ENCORE CAPITAL GROUP, INC.,** *et al.*

    **Defendants.**

## PRETRIAL SCHEDULING ORDER

For good cause shown, and upon agreement of the parties, the Court hereby ORDERS, the entry of the following deadline dates for pretrial assignments.

| **Scheduled Event** | **Deadline** |
|---|---|
| Plaintiff to File Expert Disclosure and Report | February 10, 2012 |
| Defendants to File Expert Disclosure and Report | February 27, 2012 |
| Close of Discovery | March 7, 2012 |
| Deadline for Summary Judgment Motions | March 7, 2012 |
| Motions in Limine | March 28, 2012 |
| Plaintiff's and Defendants' Discovery Designations and Deposition Summaries | March 30, 2012 |
| Parties to Meet and Confer – Pretrial Stipulations | April 3, 2012 |
| Rebuttal Designations and Summaries | April 6, 2012 |
| Plaintiff's Witness and Exhibit Lists Filed and Served Upon Defendant | April 6, 2012 |
| Defendants' Witness and Exhibit Lists Filed and Served Upon Plaintiffs | April 9, 2012 |

| | |
|---|---|
| Oppositions to Motions in Limine | April 10, 2012 |
| Proposed Jury Instructions Filed | April 10, 2012 |
| Objections to Discovery Designations | April 13, 2012 |
| Objections to Jury Instructions Filed | April 16, 2012 |
| Reply Briefs in Support of Motions in Limine | April 17, 2012 |
| Motions for Use of Electronic Devices | April 17, 2012 |
| Counsel to Meet and Confer Regarding Objections to Discovery Designations | April 18, 2012 |
| Objections to Exhibits Filed | April 19, 2012 |
| Parties to Meet and Confer Regarding Discovery Designation Objections | April 20, 2012 |
| Counsel for Plaintiff to File Agreed/Disputed Set of Jury Instructions | April 20, 2012 |
| Final Pretrial Order Filed by Plaintiff | April 23, 2012 |
| Witness Subpoenas Filed | April 23, 2012 |
| Pretrial Stipulations Filed | April 23, 2012 |
| Final Pretrial Conference | April 24, 2012 |
| Proposed Voir Dire | April 27, 2012 |
| Conformed Designations and Summaries Filed | May 2, 2012 |
| Objections to Proposed Voir Dire | May 3, 2012 |
| Deposition Testimony Summaries Without Objections Filed | May 4, 2012 |
| Exhibit Sets Delivered to Clerk | May 5, 2012 |

Discovery shall be reopened under the foregoing schedule only with respect to any information or documents produced by either party after November 28, 2011. The dates not referenced in this Motion shall remain unchanged pursuant to the Initial Pre-Trial Order, Scheduling Order and/or Pretrial Schedule A.

    IT IS SO ORDERED.

Dated this ____ day of January 2012.

                                                                                                      _____

                                                                                                  Hon Robert E. Payne
                                                          Senior United States District Judge