

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

GILBERT JAMES, )
)
Plaintiff, )
)
v. ) Civil Action No.: 3:11cv221
)
)
ENCORE CAPTIAL GROUP, INC., ET ALS. )
)
Defendants. )
)
)
Defendants. )

## ORDER

This matter is before the Court by agreement of the parties that the Plaintiff's Motion for Extension of Time to re-file Plaintiff's Motion to Overrule Defendants' Privilege Objections and to Compel Discovery Responses and Unobstructed Witness Testimony, and to enlarge Defendants' Response time and Plaintiff's Reply. Having considered the matter, that it is by agreement, and finding it otherwise proper and just to do so, it is hereby ORDERED:

(1) Plaintiff's Motion for Extension of Time is GRANTED;

(2) Plaintiff shall have until February 22, 2012, to re-file his motion;

(3) Defendants shall have until March 7, 2012, to file a response;

(4) Plaintiff shall have until March 14, 2012, to file a reply.

It is so ORDERED.

Enter: February 9, 2012

By /s/ REP
Senior United States District Judge

We ask for this:

_____
Susan M. Rotkis
VSB #40693
CONSUMER LITIGATION ASSOC., P.C.
763 J. Clyde Morris Blvd. Suite 1A
Newport News, Virginia 23601

Counsel for Plaintiff

_____
David Anthony
VSB #31696
Troutman Sanders, LLP
1001 Haxall Point
PO Box 1122
Richmond, VA 23218-1122

Counsel for Encore Capital Group