UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

GILBERT JAMES,

       Plaintiff,

v.                                     Civil Action No. 3:11cv00221

ENCORE CAPITAL GROUP, INC., *et al.*

       Defendants.

## DEFENDANTS' MEMORANDUM IN SUPPORT OF
## MOTION FOR EXPEDITED BRIEFING

Defendants, Encore Capital Group, Inc., Midland Funding LLC, and Midland Credit Management, Inc. (collectively, the "Midland Defendants"), by counsel, state as follows in support of their Motion for Expedited Briefing with respect to their Motion for a Protective Order to Temporarily Stay Certain Limited Discovery pending resolution of their impending Motion for Summary Judgment (Dkt. No. 144).

In their Motion for a Protective Order, the Midland Defendants detail the substantial cost and expense that they are currently incurring in connection with the review and production of documents implicated by Plaintiff's Request for Production Nos. 9 and 10, which broadly seek production of "every e-mail stored, archived or retrievable that include[s] the word 'affidavit'" for six different custodians, including the General Counsel, Senior Corporate Counsel, and the Chief Executive Officer of the Midland Defendants.  In that motion, the Midland Defendants propose an alternative method for the potential resolution of the action, during which discovery can be stayed with respect to Request Nos. 9 and 10.  Importantly, the proposed alternative

would **obviate the need** for the discovery implicated by Request Nos. 9 and 10 under the reasons proffered by Plaintiff's counsel to this Court.

During the pendency of the Motion for a Protective Order, however, the Midland Defendants continue to engage in the expensive e-discovery review ordered by the Court. Accordingly, the Midland Defendants request expedited review of this motion to prevent as much of that expense as possible while the Court considers the commonsense, alternative approach set forth by the Midland Defendants in their motion. The quick resolution of the Motion for a Protective Order will ensure that the substantial benefits of the Midland Defendants' proposed alternative approach are not negated by the passage of time alone.

WHEREFORE, Defendants, Encore Capital Group, Inc., Midland Funding LLC, and Midland Credit Management, Inc., respectfully request that the Court: (1) enter an Order expediting consideration of the Midland Defendants' Motion for a Protective Order and directing that the parties appear for hearing on these matters at the Court's earliest convenience; and (2) award the Midland Defendants such further relief as is just and proper.

ENCORE CAPITAL GROUP, INC.,
MIDLAND FUNDING, LLC and
MIDLAND CREDIT MANAGEMENT, INC.


/s/ Timothy J. S. George
Of Counsel

David N. Anthony (VSB No. 31696)
Timothy J. St. George (VSB No. 77349)
*Attorneys for Encore Capital Group, Inc., Midland Funding, LLC
and Midland Credit Management, Inc.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia  23219
Telephone: (804) 697-1200
Facsimile:  (804) 698-5118
david.anthony@troutmansanders.com
tim.stgeorge@troutmansanders.com

John C. Lynch (VSB No. 39267)
*Attorney for Encore Capital Group, Inc., Midland Funding, LLC*
*and Midland Credit Management, Inc.*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone:  (757) 687-7765
Facsimile:   (757) 687-1504
john.lynch@troutmansanders.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of February 2012, I filed a true and correct copy of the foregoing on the Court's Electronic Case Filing System, which will send a notice of electronic filing to:

Leonard A. Bennett, Esq.
Susan M. Rotkis, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd, Suite 1A
Newport News, VA 23601
Telephone:  (757) 930-3660
Facsimile:   (757) 930-3662
Email:  lenbennett@cox.net

Matthew J. Erausquin, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA  22314
Telephone:  (703) 273-6080
Facsimile:  (888) 892-3512
Email:  matt@clalegal.com

Dale W. Pittman, Esq.
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb St.
Petersburg, VA 23803
Telephone:  (804) 861-6000
Facsimile:  (804) 861-3362
dale@pittmanlawoffice.com

*Counsel for Plaintiff*

/s/ Timothy J. S. George
Timothy J. St. George (VSB No. 77349)
*Attorney for Encore Capital Group, Inc., Midland Funding, LLC and Midland Credit Management, Inc.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia  23219
Telephone: (804) 697-1200
Facsimile:  (804) 698-5118
tim.stgeorge@troutmansanders.com

4