IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



FILED
MAR - 7 2012
CLERK, U.S. DISTRICT ...
RICHMOND VA

| | |
|---|---|
| GILBERT JAMES, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No.: 3:11cv221<br>)<br>) |
| ENCORE CAPTIAL GROUP, INC., ET ALS. | )<br>) |
| Defendants. | )<br>)<br>) |
| Defendants. | ) |

ORDER

This matter is before the Court by agreement of the parties that the Plaintiff's Motion for an Additional Extension of Time to re-file Plaintiff's Motion to Overrule Defendants' Privilege Objections and to Compel Discovery Responses and Unobstructed Witness Testimony, and to enlarge Defendants' Response time and Plaintiff's Reply. Having considered the matter, that it is by agreement, and finding it otherwise proper and just to do so, it is hereby ORDERED:

(1) Plaintiff's Motion for Additional Extension of Time is GRANTED;

(2) Plaintiff shall have until March 7, 2012, to re-file his motion;

(3) Defendants shall have until March 21, 2012, to file a response;

(4) Plaintiff shall have until March 28, 2012, to file a reply.

It is so ORDERED.

Enter: Mar 7, 2012

By /s/
xSxxxxx United States District Judge

We ask for this:

_/s/_

Leonard A. Bennett, VSB#37523
CONSUMER LITIGATION ASSOC., P.C.
763 J. Clyde Morris Blvd. Suite 1A
Newport News, Virginia 23601

Counsel for Plaintiff

_/s/_

David Anthony (VSB No. 31696)
Troutman Sanders, LLP
1001 Haxall Point
PO Box 1122
Richmond, VA 23218-1122

Counsel for Encore Capital Group

2