**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| GILBERT JAMES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:11cv221 |
| | ) | |
| ENCORE CAPITAL GROUP, INC., *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL**

Plaintiff, Gilbert James, by counsel, and pursuant to Rule 5 of the Local Rules of the United States District Court for the Eastern District of Virginia and the protective order entered by this Court on August 12, 2011 (Docket 37) (hereafter "the Protective Order"), he hereby moves to file certain documents under seal. To support his motion, Plaintiff needs to file certain exhibits that were designated by the Defendants as confidential. While Plaintiff disagrees that most, if not all of the documents, information, and/or other materials contained therein are properly designated as Confidential by the Defendants, or could otherwise satisfy the high standard required in this District for sealing, Plaintiff nonetheless moves that the Court permit the filing of these exhibits under seal, until such time as the propriety of the Defendants' designations may be ruled upon pursuant to the Special Master process established by this Court..

WHEREFORE, Plaintiff respectfully requests that the Court grant the Plaintiff's Motion to File Documents Under Seal pursuant to the stipulated Protective Order for the reasons set forth in the memorandum of law filed contemporaneously herewith.

                    Respectfully submitted,
                    **GILBERT JAMES**

                By:_____/s/_____
                         Of Counsel

MATTHEW J. ERAUSQUIN, VSB #65434
*Counsel for the Plaintiff*
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel:    (703) 273-7770
Fax:   (888) 892-3512
matt@clalegal.com

LEONARD A. BENNETT, VSB #37523
SUSAN M. ROTKIS, VSB#40693
*Counsel for the Plaintiff*
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Tel:    (757) 930-3660
Fax:   (757) 930-3662
lenbennett@cox.net
srotkis@clalegal.com

DALE W. PITTMAN, VSB#15673
*Counsel for the Plaintiff*
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
112-A West Tabb Street
Petersburg, VA 23803-3212
Tel:    (804) 861-6000
Fax:   (804) 861-3368
dale@pittmanlawoffice.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 7th day of March, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John C. Lynch
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Tel: 757-687-7765
Fax: 757-687-1504
john.lynch@troutmansanders.com

David Neal Anthony
Troutman Sanders LLP
1001 Haxall Point
Richmond, Virginia 23218-1122
Tel: 804-697-5410
Fax: 804-698-5118
david.anthony@troutmansanders.com

Timothy James St. George
Troutman Sanders LLP
1001 Haxall Point
Richmond, Virginia 23218-1122
Tel: 804-697-1254
Fax: 804-698-5118
tim.stgeorge@troutmansanders.com

*Counsel for the Defendants*

              /s/
              MATTHEW J. ERAUSQUIN, VSB #65434
              *Counsel for the Plaintiff*
              CONSUMER LITIGATION ASSOCIATES, P.C.
              1800 Diagonal Road, Suite 600
              Alexandria, VA 22314
              Tel: (703) 273-7770
              Fax: (888) 892-3512
              matt@clalegal.com