IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| GILBERT JAMES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:11cv221 |
| | ) | |
| ENCORE CAPITAL GROUP, INC., *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S REFILED MOTION TO OVERRULE DEFENDANTS'
PRIVILEGE OBJECTIONS AND TO COMPEL DISCOVERY RESPONSES AND
UNOBSTRUCTED WITNESS TESTIMONY**

COMES NOW the Plaintiff, Gilbert James, by counsel, and for the reasons more fully set forth in the contemporaneously filed Memorandum of Law, he moves the Court for entry of an Order overruling the privilege objections asserted by the Defendants, and requiring full and complete answers to discovery, as well as unobstructed deposition testimony.

Respectfully submitted**,**
**GILBERT JAMES**


By:_____/s/_____
            Of Counsel


MATTHEW J. ERAUSQUIN, VSB #65434
*Counsel for the Plaintiff*
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel:   (703) 273-7770
Fax:   (888) 892-3512
matt@clalegal.com

LEONARD A. BENNETT, VSB #37523
SUSAN M. ROTKIS, VSB#40693
*Counsel for the Plaintiff*
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Tel:    (757) 930-3660
Fax:    (757) 930-3662
lenbennett@cox.net
srotkis@clalegal.com

DALE W. PITTMAN, VSB#15673
*Counsel for the Plaintiff*
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
112-A West Tabb Street
Petersburg, VA 23803-3212
Tel:    (804) 861-6000
Fax:    (804) 861-3368
dale@pittmanlawoffice.com

**CERTIFICATE OF SERVICE**

        I hereby certify that on this 7th day of March, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John C. Lynch
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Tel: 757-687-7765
Fax: 757-687-1504
john.lynch@troutmansanders.com

David Neal Anthony
Troutman Sanders LLP
1001 Haxall Point
Richmond, Virginia 23218-1122
Tel: 804-697-5410
Fax: 804-698-5118
david.anthony@troutmansanders.com

Timothy James St. George
Troutman Sanders LLP
1001 Haxall Point
Richmond, Virginia 23218-1122
Tel: 804-697-1254
Fax: 804-698-5118
tim.stgeorge@troutmansanders.com

*Counsel for the Defendants*

                                                 /s/
                                        MATTHEW J. ERAUSQUIN, VSB #65434
                                        *Counsel for the Plaintiff*
                                        CONSUMER LITIGATION ASSOCIATES, P.C.
                                        1800 Diagonal Road, Suite 600
                                        Alexandria, VA 22314
                                        Tel: (703) 273-7770
                                        Fax: (888) 892-3512
                                        matt@clalegal.com