Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

```
- - - - - - - - - - - - - - - - - - :
GILBERT JAMES                       :
                                    :
vs.                                 :  CIVIL ACTION NO:
                                    :  3:11cv221
ENCORE CAPITAL GROUP, INC.,         :
MIDLAND FUNDING LLC and             :
MIDLAND CREDIT MANAGEMENT, INC.     :
- - - - - - - - - - - - - - - - - - :
```



CERTIFIED COPY

DEPOSITION OF GILBERT JAMES

November 17, 2011

11:00 a.m.


Taken at:

TROUTMAN SANDERS
1001 Haxall Point
Richmond, Virginia  23219



REPORTED BY:  LESLIE D. ETHEREDGE, RMR




COOK & WILEY, INC.
Registered Professional Reporters
3751 Westerre Parkway, Suite D-1
Richmond, Virginia  23233
(804) 359-1984

EXHIBIT N

1   of Richmond General District Court?

2       A     Yes.

3       Q     The date of it appears to me to be
4   April 7, 2010.

5       A     Yes. That's what is on here.

6       Q     Where were you living on April 7, 2010?

7       A     In Montpelier, 15715 --

8       Q     Do you remember how earlier or how -- when
9   you had left the North Avenue address?

10      A     What you mean?

11      Q     When you moved from the address on North
12  Avenue.

13      A     When I moved from the address on North
14  Avenue, I got it after I moved.

15      Q     But when did you move from North Avenue?

16      A     It was in 200 -- I think 2010.

17      Q     Where were you served with this Warrant In
18  Debt?

19      A     In -- it was on my -- during Montpelier,
20  at my address in Montpelier.

21      Q     You were at that house?

22      A     Yes.

23      Q     Did you go to court on the date noted in
24  the Warrant In Debt, which is May 7, 2010?

25      A     Yes, I did go.

1   Q   Were there any attorneys with you?

2   A   No.

3   Q   What did you tell the judge at that
4   hearing?

5   A   **I told him that I pleaded not guilty and I**
6   **told him that it wasn't my account and I explained to**
7   **Capital One what had happened, I also told him that I**
8   **wrote a letter with it and explained to them, so the**
9   **judge told me to just send -- do another affidavit and**
10  **send to them.**

11  Q   Was anyone there besides you and the judge
12  that was part of this discussion?

13  A   No.

14  Q   Was anyone there from Midland Funding, was
15  there an attorney there?

16  A   **I would not know who --**

17  Q   Were you given any new dates by the judge,
18  to take any steps in connection with the case?

19  A   **Well, at that point I thought that once I**
20  **send the affidavits in, that it was going to be**
21  **dismissed. But then I had -- Capital One told me I had**
22  **to be in court on a certain date, and I missed my court**
23  **date.**

24  Q   What court date did you miss?

25  A   **I forgot after that.**

```
 1     Q     Was it in June or August?
 2     A     It was two of them, I missed both of them.
 3  It was -- I don't know, I just missed both of those
 4  after that.
 5     Q     Was it June 18, 2010?  If you can look at
 6  the Warrant In Debt.  Do you see that?  On the right
 7  side.  It says hearing date and time.
 8     A     I don't remember.  It must be.
 9     Q     Do you see, below the May 7, 2010 at
10  10:00 a.m., it says June 18, 2010?
11     A     Yes.
12     Q     Could that have been one of the dates that
13  you failed to appear in court?
14     A     It could have been.
15     Q     Then how about the next date below that,
16  August 20, 2010, could that have been one of the dates
17  you failed to appear in court?
18     A     It could have been.
19     Q     Why did you miss those hearing dates?
20     A     I totally forgot.
21     Q     You forgot both of them?
22     A     Yes.
23     Q     After you missed the first date, did you
24  get anything from the court in writing telling you to
25  appear at the second date in August?
```

COOK & WILEY, INC.

Case 3:11-cv-00221-REP   Document 161-14   Filed 03/09/12   Page 5 of 6 PageID# 3272

Page 108

1  A    I got -- What did I get from there?  Yes, I did get something that said appear in August.

3  Q    Then you just forgot again?

4  A    I forgot.  I just forgot.

5  Q    If you can go to the back part of Exhibit 5, where it says Affidavit of Nancy Kohls, do you see that?

8  A    The back part?

9  Q    Yes.  It is the third page.

10 A    Yes, I see it.

11 Q    Do you know whether you read this affidavit at all?

13 A    No.

14 Q    Your testimony is you did not read it?

15 A    Just now.

16 Q    Okay.  The first time you ever read it was today?

18 A    Yes.

19 Q    Do you remember receiving the affidavit but not reading it?

21 A    I don't remember receiving it.

22 Q    Is it a fair statement you don't know whether you received it or not?

24 A    I don't know that I received it or not.

25 Q    Do you remember getting a copy of the

1   A       Nothing, but when I sent the affidavits
2   and I wrote down what had happened with the affidavits.
3   Q       But you would agree with me, Exhibit 6 is
4   the affidavit.  Look on the first page.
5   A       But the letter is not with it that I sent.
6   Q       Other than the letter and this
7   affidavit, --
8   A       Right.
9   Q       -- are those the only two documents you
10  ever sent to Midland?
11  A       Yes.
12  Q       Did you send the letter to Midland as the
13  cover letter for this affidavit?
14  A       Cover letter?
15  Q       Yes.
16  A       What you mean?
17  Q       I mean did you send the letter to Midland
18  and the affidavit at the same time?
19  A       Yes.
20  Q       That was approximately May 13 of 2010?
21  A       Right along in that area.
22  Q       That was the only time you sent anything
23  to Midland in writing disputing ownership of the debt?
24  A       Yes.
25  Q       If you would go to number 8 in the