IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GILBERT JAMES | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:11cv221 |
| | ) |
| ENCORE CAPITAL GROUP, INC., <u>et al.</u> | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

Please take notice that Janelle E. Mason of Consumer Litigation Associates, P.C. will hereafter serve as counsel of record for the Plaintiff, and hereby enters her appearance in this matter.

Respectfully submitted,
**GILBERT JAMES**

_____/s/_____
Janelle E. Mason, VSB#82389
*Counsel for the Plaintiff*
CONSUMER LITIGATION ASSOCIATES, PC
1800 Diagonal Road, Suite 600
Alexandria, VA  22314
Tel:   703-273-7770
Fax:   888-892-3512
janelle@clalegal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 13th day of March, 2012, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

David N. Anthony
Timothy J. St. George
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Tel:    (804) 697-5410
Fax:   (804) 698-5118
david.anthony@troutmansanders.com
tim.stgeorge@troutmansanders.com

John C. Lynch
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Tel:    (757) 687-7765
Fax:   (757) 687-1504
john.lynch@troutmansanders.com

*Counsel for the Defendants*

                                                          /s/
                                      Janelle E. Mason, VSB#82389
                                      *Counsel for the Plaintiff*
                                      CONSUMER LITIGATION ASSOCIATES, PC
                                      1800 Diagonal Road, Suite 600
                                      Alexandria, VA  22314
                                      Tel:    703-273-7770
                                      Fax:   888-892-3512
                                      janelle@clalegal.com