**St. George, Timothy J.**

---

**From:** Leonard Bennett [lenbennett@clalegal.com]
**Sent:** Thursday, February 23, 2012 7:06 PM
**To:** St. George, Timothy J.
**Cc:** Matt Erausquin; Dale Pittman; Susan Rotkis; Anthony, David N.; Lynch, John C.
**Subject:** Re: Midland/James Correspondence

Counsel:

We do not believe there is a basis to alter the Court's existing order and decision. We have already narrowed our requests. You have already collected the documents at your firm. There is nothing left to do other than stamp the envelope. Please immediately comply with the Court's order. We intend to file a motion to strike your Answer within ten days.

Len

Sent from my iPhone

On Feb 23, 2012, at 6:58 PM, "St. George, Timothy J." <tim.stgeorge@troutmansanders.com> wrote:

> Counsel,
>
> Please see the attached letter.
>
> Thanks,
> Tim
>
> Timothy St. George
> Troutman Sanders LLP
> 1001 Haxall Point
> P.O. Box 1122 (23218)
> Richmond, VA 23219
>
> Direct    804.697.1254
> Fax       804.698.6013
>
> Email<mailto:tim.stgeorge@troutmansanders.com>
> LinkedIn<http://www.linkedin.com/pub/timothy-st-george/9/41/1a4>
> Web<http://www.troutmansanders.com/timothy_stgeorge/>
> vCard<http://www.troutmansanders.com/attorneys/vcard.aspx?Attorney=1172>
> _____
> Atlanta  •  Chicago  •  Hong Kong  •  London  •  New York  •  Newark
> Norfolk  •  Orange County  •  Portland  •  Raleigh  •  Richmond  •  San
> Diego  •  Shanghai  •  Tysons Corner  •  Virginia Beach  •  Washington
>
>
>
>
> _____
>
> IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or

**EXHIBIT B**

1

recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.
>
>
>
> This e-mail communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying or other use of this communication (or its attachments) is strictly prohibited.
> <Midland.James Correspondence.pdf>

2