UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**GILBERT JAMES,**

    **Plaintiff,**

v.                                                                  Civil Action No. 3:11cv00221

**ENCORE CAPITAL GROUP, INC.,** *et al.*

    **Defendants.**

## ORDER

CAME NOW the parties, Plaintiff, Gilbert James, and Defendants, Encore Capital Group, Inc., Midland Funding, LLC, and Midland Credit Management, Inc., upon their Motion to Extend Certain Pretrial Deadlines. For good cause shown, and upon the agreement of the parties, it is hereby ORDERED that the motion is GRANTED. It is further ORDERED as follows:

1. Discovery shall be completed by April 13, 2012;

2. Plaintiff is granted leave to conduct the site inspection set forth in his Amended Notice of Site Inspection (Dkt. No. 155) on or before April 13, 2012;

3. Plaintiff is granted leave to conduct a deposition of Defendants under Fed. R. Civ. P. 30(b)(6) on or before April 13, 2012;

4. Defendants' response to Plaintiff's Refiled Motion to Overrule Defendants' Privilege Objections and to Compel Discovery Responses and Unobstructed Witness Testimony (Dkt. No. 159) shall be due on or before April 4, 2012. Plaintiff's reply memorandum in support of that motion, if any, shall be due on or before April 11, 2012;

5. Plaintiff's response to Defendants' Motion for Summary Judgment (Dkt. No. ___) shall be due on or before April 4, 2012. Plaintiff's reply memorandum in support of that motion, if any, shall be due on or before April 11, 2012

6.      Defendants' responses to Plaintiff's Second Set of Interrogatories, Second Requests for Production Documents, and First Requests for Admission, shall be due on or before April 7, 2012.

Notwithstanding these extended deadlines, nothing in this Order shall limit Defendants' ability to object to the substance of any of the foregoing discovery requests served by Plaintiff.

It is so ORDERED.

ENTERED this _____ day of _____, 2012.

                                              _____
                                              Honorable Robert E. Payne
                                              Senior United States District Court Judge