

**CHRISTIAN & BARTON, LLP**
ATTORNEYS AT LAW

CRAIG T. MERRITT
Direct Dial: 804.697.4128
Direct Fax: 804.697.6128
E-mail: cmerritt@cblaw.com

June 5, 2012

## BY ELECTRONIC AND FIRST CLASS MAIL

David N. Anthony, Esquire
Troutman Sanders
Troutman Sanders Building
1001 Haxall Point
Richmond, VA 23219

Leonard A. Bennett, Esquire
Consumer Litigation Associates, PC
763 J. Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601

Re: *James Gilbert v. Encore Capital Group, Inc., et al.*
Case No. 3:11cv221 (U.S. District Court for the Eastern District of Virginia)

Dear Counsel:

I understand that this case has been settled. We have in our possession a number of documents that you provided us that were designated as confidential. It is our plan to destroy all of the materials we received from you, and to send a confirming letter that the materials have been shredded.

Please let me know promptly if this procedure is acceptable to you.

Sincerely,

Craig T. Merritt

CTM/jya
cc: Honorable Robert E. Payne

08427.00002/1279442



## CHRISTIAN & BARTON, LLP
### ATTORNEYS AT LAW

CRAIG T. MERRITT
Direct Dial: 804.697.4128
Direct Fax: 804.697.6128
E-mail: cmerritt@cblaw.com



June 7, 2012

**BY ELECTRONIC AND FIRST CLASS MAIL**

David N. Anthony, Esquire
Troutman Sanders
Troutman Sanders Building
1001 Haxall Point
Richmond, VA 23219

Leonard A. Bennett, Esquire
Consumer Litigation Associates, PC
763 J. Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601

Re:   *James Gilbert v. Encore Capital Group, Inc., et al.*
      Case No. 3:11cv221 (U.S. District Court for the Eastern District of Virginia)

Dear Counsel:

This is to confirm that, with the consent of counsel for the parties, we have destroyed material submitted by the parties for review in connection with the "attorneys' eyes only" dispute. Our work file will be retained in offsite storage for five (5) years.

It was a pleasure and privilege to work with both of you.

Sincerely,

Craig T. Merritt

CTM/jya
cc:   Honorable Robert E. Payne

08427.00002/1280140