

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

GILBERT JAMES,

Plaintiff,

v.   Civil Action No. 3:11cv00221

ENCORE CAPITAL GROUP, INC., *et al.*

Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

THIS DAY CAME the Plaintiff, Gilbert James, by counsel, and moves the Court to dismiss, with prejudice, the above captioned matter as to Encore Capital Group, Inc., Midland Funding, LLC, and Midland Credit Management, Inc. (collectively, "Defendants").

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Plaintiff and counsel for Defendants, it be and hereby is

ORDERED, ADJUDGED and DECREED that this matter is DISMISSED WITH PREJUDICE.

Upon entry of this Order, the Clerk of the District Court shall send copies *testee* to all counsel of record.

ENTERED this 29th day of June, 2012.

/s/ REP
Hon. Robert E. Payne
United States District Court Judge

**WE ASK FOR THIS:**

_____/s/ Susan M. Rotkis_____
Susan M. Rotkis, Esq.
Virginia State Bar No. 40693
Leonard A. Bennett, Esq.
Virginia State Bar No. 37523
*Attorney for James Gilbert*
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@cox.net

_____/s/ David N. Anthony_____
David N. Anthony
Virginia State Bar No. 31696
*Attorney for Encore Capital Group, Inc., Midland Funding, LLC, and Midland Credit Management, Inc.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutmansanders.com

6682429v1